FILED
May 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002664384

1  JaVonne M. Phillips, Esq. SBN 187474
   Mishaela J. Graves, Esq. SBN 259765
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Deutsche Bank National Trust Company, as Trustee of the IndyMac INDA Mortgage Loan Trust
6  2005-AR1, Mortgage Pass-Through Certificates, Series 2005-AR1 under the Pooling and
   Servicing Agreement dated September 1, 2005, its assignees and/or successors, and the servicing
7  agent OneWest Bank FSB

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-30108 |
| | ) |
| Justin C. Bowman, | ) DC No. MIG-1 |
| Sage E. Bowman, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) **NOTICE OF HEARING ON** |
| | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 6/10/2010 |
| | ) Time: 1:30 PM |
| | ) Place: 2986 Bechelli Lane, Room 200 |
| | )         Redding CA |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date: 7/6/2010 |
| | ) Time: 9:32 AM |
| | ) Ctrm: Courtroom 32, 6th Floor |
| | ) Place: 501 I Street |
| | )         Sacramento CA |
| | ) |
| | ) Judge: Thomas Holman |

File No. CA-10-28373 /Case No. 10-30108
Notice of Hearing

1

1  TO: DEBTORS, ATTORNEY FOR DEBTORS, CHAPTER 13 TRUSTEE AND ALL
2  INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Confirmation Hearing has been set for 7/6/2010 at 9:32 AM in Courtroom 32 of the above-entitled Court, before the Honorable Thomas Holman, at Robert T. Matsui United States Courthouse, Sacramento CA.

PLEASE TAKE FURTHER NOTICE that no written response to Secured Creditor's Objection to Confirmation is necessary.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Mishaela J. Graves, Esq.
Mishaela J. Graves, Esq.
Attorney for Secured Creditor
Deutsche Bank National Trust Company, as Trustee of the IndyMac INDA Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates, Series 2005-AR1 under the Pooling and Servicing Agreement dated September 1, 2005, its assignees and/or successors, and the servicing agent OneWest Bank FSB